M. Jeffery Kallis, Esq.  SBN 190028
**LAW FIRM OF KALLIS AND ASSOCIATES, P.C.**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644
M_J_Kallis@Kallislaw.com

**E-Filed 5/14/2010**

Andrew V. Stearns, Esq.  SBN 164849
Steven M. Berki, Esq.  SBN 245426
**BUSTAMANTE, O'HARA & GAGLIASSO**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 977-1911
astearns@boglawyers.com
sberki@boglawyers.com

Attorneys for Plaintiff
Ann Marie Larsen

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

* * *

| | |
|---|---|
| ANN MARIE LARSEN, | Case No.  10-CV-00732-JF |
| Plaintiff, | |
| v. | |
| COUNTY OF SAN BENITO, as a municipal corporation; | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE PENDING RESOLUTION OF MOTION TO REMAND** |
| SHERIFF CURTIS J. HILL, individually and in his official capacity for the County of San Benito; | [N.D. CIVIL LOCAL RULE 16-2(e)]. |
| DEPUTY SHERIFF K. BOWEN (#139), individually and in his official capacity for the County of San Benito; | |
| DEPUTY SHERIFF I. PEREZ (#142), individually and in her official capacity for the County of San Benito; | |
| DETECTIVE V. CASADA (#1D12); individually and in his official capacity for the County of San Benito; and | |
| DOES 1-10. | |
| Defendants. | |

1   IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE
2  PARTIES through their counsel of record as follows:
3   WHEREAS, plaintiff Ann Marie Larsen filed Declination to Proceed Before U.S.
4  Magistrate Judge on April 27, 2010 (E-Pacer Docket Entry 8);
5   WHEREAS, the parties received Clerk's Notice of Impending Reassignment to U.S.
6  District Judge which adjusted Case Management Conference date and other operative dates
7  by three (3) days on April 27, 2010 (E-Pacer Docket Entry 9);
8   WHEREAS, plaintiff Ann Marie Larsen filed Notice and Motion to Remand on April
9  27, 2010 (E-Pacer Docket Entries 10, 11);
10   WHEREAS, the parties received Reassignment Order on April 28, 2010 which stated
11  – All matters presently scheduled for hearing are vacated and should be renoticed for
12  hearing before the judge to whom the case has been reassigned (E-Pacer Docket Entry 14);
13   WHEREAS, the chronological sequence and substance of the Reassignment Order
14  led both parties to determine that all dates, including the Case Management Hearing and
15  Rule 26 statement/disclosures had been vacated pursuant to the Reassignment Order;
16   WHEREAS, the parties perceive that the Court will be in a better position to address
17  case management issues after resolution of plaintiff Ann Marie Larsen's Motion to Remand;
18   THEREFORE, the parties have stipulated and agreed to the following modifications
19  and seek this Court's approval of the same:
20  1. The current deadline for the parties Joint Case Management Conference Statement as
21      well as the Case Management Hearing are vacated;
22  //
23  //
24  //
25  //
26  //
27  //
28

2. All other deadline set by the Court are currently vacated pending resolution of plaintiff's Motion to Remand.

DATED: May 14, 2010          **THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**

By: _____/s/_____

M. JEFFERY KALLIS, attorneys for
**Plaintiff ANN MARIE LARSEN**

DATED: May 14, 2010          **BUSTAMANTE, O'HARA & GAGLIASSO, PC**

By: _____/s/_____

ANDREW V. STEARNS
STEVEN M. BERKI, attorneys for
**Plaintiff ANN MARIE LARSEN**

DATED: May 14, 2010          **RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK**

By: _____/s/_____

MICHAEL C. SERVERIAN, attorneys for
**Defendants**

# **ORDER**

So Ordered.

DATED: 5/14/2010

By: _____
HON. JEREMY FOGEL, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA